**From The Desk of**
# Jerome Winkler
3711 Lyme Ave
Brooklyn, NY 11224

ORIGINAL

United States District Court
For the
Eastern District of New York

Att: Hon. Judge J. Gleeson

Dear Judge Gleeson,

Enclosed please find an amended complaint CV 12-3893. I have dropped Daniel Hirsch from the complaint so that there will no longer be a diversity issue.

Please excuse my mistake. I am not an attorney and have a difficulty understanding all the particular issues relating to those rules.

Thank you,

Jerome Winkler
Plaintiff Pro Se

RECEIVED
SEP 20 2012
PRO SE OFFICE