Case 1:12-cv-03893-JG-LB  Document 9  Filed 10/10/12  Page 1 of 1 PageID #: 36

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 10 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jerome Winkler ) Case No. CV 12-3893
  Plaintiff, )
 )
vs. )
 ) Affidavit of Service
Daniel Hirsch; Hershey Friedman; )
Agri-Star Meat & Poultry LLC, et al.

  Defendant(s)

I, Tom Lewan, being first duly sworn, depose and state that I am over the age of 18 years and do not have an interest in nor am I a party in the above-referenced action.

**Documents Served Were:** Summons and Complaint

**To be Served On:** Agri Star LLC

**Date and Time Served:** August 29, 2012, 3:30 PM

**Method of Service:** Corporate

**Recipient Name, Relationship and Address Where Served:**
Janet Meyer, Receptionist, 220 North West Street, Postville, IA 52162

Janet Meyer is described as:
Gender: Female   Race/Skin: Cauc   Hair: Red   Glasses: Yes   Age: 48   Height: 140
Weight: 5'6

Tom Lewan, Process Server
Independent Contractor for
Iowa Process Service
3101 Ingersoll Avenue, Suite 210
Des Moines, IA 50312
Phone: 877-816-4696 / Job #12-008480

Subscribed and Sworn to before me on 10/4/12_____, 2012, by the affiant who is personally known to me.

Notary Public in and for the State of Iowa

Nicole A. Winke
Commission Number 758264
My Commission Expires
May 12, 2015