UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

**ORIGINAL**

JEROME WINKLER

Docket No. 12 Civ 3893

Plaintiff,

against
HERSHEY FRIEDMAN,
AGRI-STAR MEAT & POULTRY LLC, SHF
INDUSTRIES

**AFFIRMATION OF SERVICE**

Defendants,

-----------------------------------------------------X



RECEIVED
OCT 1 0 2012
PRO SE OFFICE

I, Jerome Winkler solemly swear and affirm that on Sept. 20, 2012 I mailed via USPS a copy to defendants Agri-Star Meat & Poultry LLC, SHF Industries LLC, and Hershey Friedman of Amended Complaint showing Deletion of defendant Daniel Hirsch from this action.
I have attached the USPS Proof of Mailing.

_____
Jerome Winkler Pro Se

Oct 10, 2012

Affirmed before

on October 10 2012

[signature]

DAVID FLEISCHMANN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02FL6252280
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 12/05/2015



```
===================================
       CONEY ISLAND STATION
         BROOKLYN, New York
             112249997
           3568880313-0098
09/20/2012 (800)275-8777 10:50:56 AM
===================================
========= Sales Receipt ===========
Product          Sale   Unit    Final
Description      Qty    Price   Price
===================================

Canada - Priority               $12.95
Mail Flat Rate Env
 1.80 oz.
                              ========
 Issue PVI:                     $12.95

POSTVILLE IA 52162               $1.10
Zone-5 First-Class
Large Env
 1.10 oz.
                              ========
 Issue PVI:                      $1.10

EUTAWVILLE SC 29048              $1.95
Zone-4 First-Class
Parcel
 1.00 oz.
 Expected Delivery: Mon 09/24/12
 Delivery Confirmation          $0.85
 Label #:     03121430000292251117
                              ========
 Issue PVI:                      $2.80

Certificate    1    $1.15        $1.15
of Mailing
POSTVILLE IA 52162               $1.10
Zone-5 First-Class
Large Env
 1.10 oz.
                              ========
 Issue PVI:                      $1.10

Certificate    1    $1.15        $1.15
of Mailing
                             ==========
Total:                          $20.25

Paid by:
AMEX                            $20.25
   Account #:       XXXXXXXXXXXX1003
   Approval #:      561904
   Transaction #:   47
   23903590800631473570 5
```

Certificate Of Mailing (USPS PS Form 3817, April 2007)

From: J. Winkler
3711 Gyne Ave
Bklyn 11224

To: Agri Star
220 N West St
Postville, IA 52162

U.S. Postage Paid Brooklyn, NY 11224 Sep 20 '12 Amount $1.15