UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JEROME WINKLER

Plaintiff,

against
HERSHEY FRIEDMAN,
AGRI-STAR MEAT & POULTRY LLC, SHF
INDUSTRIES

Defendants,

-------------------------------------------------------X

# ORIGINAL

Docket No. 12 Civ 3893

**AFFIRMATION OF
SERVICE**



I, Jerome Winkler solemly swear and affirm that on October 5, 2012 I mailed
via USPS a courtesy copy to defendants Agri-Star Meat & Poultry LLC, SHF
Industries LLC, and Hershey Friedman of Magistrates Lois Bloom's Sept. 27,
2012 Order and Individual Practices. I have attached the USPS Proof of Mailing.


_____
Jerome Winkler Pro Se

OCT. 10, 2012

Affirme befor me on
October 10 2012

_____

DAVID FLEISCHMANN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02FL6252280
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 12/05/2015

**UNITED STATES POSTAL SERVICE** ●

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail

From: J. WINKLER
3711 LYME Ave
BROOKLYN NY 11224

To: HERSHEL FRIEDMAN
1810 AU LAJOIE
OUTREMONT, QC H2V1S3
CANADA

U.S. POSTAGE PAID BROOKLYN,NY 11224 OCT 05, 12 AMOUNT $1.15 00100428-04

1000

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** ●

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail

From: J. WINKLER
3711 LYME Ave
BROOKLYN NY 11224

To: AGRI-STAR MEAT+Poultry
220 N. WEST ST
Postville, IOWA 52162

U.S. POSTAGE PAID BROOKLYN,NY 11224 OCT 05, 12 AMOUNT $1.15 00100428-04

1000

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** ●

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail

From: J. WINKLER
3711 LYME Ave
BROOKLYN NY 11224

To: SHF INDUSTRIES
220 N. WEST ST.
Postville, IA 52162

U.S. POSTAGE PAID BROOKLYN,NY 11224 OCT 05, 12 AMOUNT $1.15 00100428-04

1000

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

CONEY ISLAND STATION
BROOKLYN, New York
112249997
3568880313-0057
10/05/2012 (800)275-8777 10:24:00 AM

======== Sales Receipt ========

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Unnumbered Parcel Mail Pickup | | | $0.00 |
| POSTVILLE IA 52162 Zone-5 First-Class Letter 0.60 oz. | | | $0.45 |
| Issue PVI: | | | $0.45 |
| Certificate of Mailing | 1 | $1.15 | $1.15 |
| CALMAR IA 52132 Zone-5 First-Class Letter 0.60 oz. | | | $0.45 |
| Issue PVI: | | | $0.45 |
| Certificate of Mailing | 1 | $1.15 | $1.15 |
| Certificate of Mailing | 1 | $1.15 | $1.15 |
| Canada - First-Class Mail Int'l Letter 0.60 oz. | | | $0.85 |
| Issue PVI: | | | $0.85 |
| (Forever) Neon Celebrate | 20 | $0.45 | $9.00 |
| Total: | | | $14.20 |

Paid by:
Cash                $20.00
Change Due:          -$5.80

Order stamps at usps.com/shop or
call 1-800-Stamp24.  Go to
usps.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.